JAY R. WEILL (State Bar No. 75434)
E-Mail:    jweill@sideman.com
TRAVIS W. THOMPSON (State Bar No. 309106)
E-Mail:    tthompson@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for
Defendant Rajnish Shokeen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RAJNISH SHOKEEN,<br><br>  Defendant. | Case No. 21-CR-00130 YGR<br><br>**MOTION TO EXTEND TIME FOR VOLUNTARY SURRENDER AND [~~PROPOSED~~] ORDER**<br><br>Honorable Yvonne Gonzalez Rogers |

Defendant Rajnish Shokeen ("Defendant") was sentenced on July 22, 2021 and ordered to self-surrender to a federal institution designated by the Bureau of Prisons on October 1, 2021 (Dkt. 35). The Bureau of Prisons has not yet designated an institution to which Defendant is to self-surrender. We request that the self-surrender date be extended to November 22, 2021 to allow the Bureau of Prisons to make that designation. No previous requests to extend this deadline have been made. We notified Government counsel, Assistant United States Attorney Leif Dautch, by email early this morning that the Bureau of Prisons has not yet designated the federal institution to which Defendant is to report and asking whether the Government had any objection to continuing the self-surrender date to November 22, 2021. We have not heard back from Government counsel.

DATED: September 29, 2021

Respectfully submitted,

SIDEMAN & BANCROFT LLP

By: ___/s/ *Jay R. Weill*___
Jay R. Weill
Attorneys for Defendant Rajnish Shokeen

The Order for Volunteer Surrender (Dkt. 35) is amended and Defendant Rajnish Shokeen shall report to a federal institution designated by the Bureau of Prisons on or before 2:00 p.m. on November 22, 2021, rather than October 1, 2021.

**IT IS SO ORDERED.**

DATED: September 30, 2021

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge